**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **SERGIO ALPIZAR,** | § | |
| | § | |
| *Plaintiff,* | § | **SA-17-CV-00712-FB** |
| | § | |
| **vs.** | § | |
| | § | |
| **JOHN CHRISTNER TRUCKING, LLC,** | § | |
| **THREE DIAMOND LEASING, LLC,** | § | |
| **JACK EUGENE HEIN,** | § | |
| | § | |
| *Defendants.* | § | |

**ORDER SETTING STATUS CONFERENCE**

Before the Court is the above-styled and numbered cause of action, which was referred to the undersigned for all pretrial proceedings on October 18, 2017 [#14]. The record reflects that all deadlines in the Court's Scheduling Order have expired, and this case should be returned to the District Court for a trial date. Prior to doing so, the Court will set this case for a status conference to confirm that no further pretrial matters remain for the undersigned's disposition.

**IT IS THEREFORE ORDERED** that this case is set for a status conference at **1:00 p.m.** on **September 12, 2019**. Counsel for both parties are directed to appear by phone for the conference and contact Valeria Sandoval, Courtroom Deputy, at chestney_chambers@txwd.uscourts.gov to obtain call-in instructions. The use of speaker phones is prohibited during a telephonic appearance.

SIGNED this 6th day of September, 2019.


ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE