FILED
March 31, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Breanna Coldewey
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SERGIO ALPIZAR, <br><br> *Plaintiff,* <br><br> v. <br><br> JOHN CHRISTNER TRUCKING, LLC, & JACK EUGENE HEIN, <br><br> *Defendants.* | Case No. 5:17-cv-712-RCL |

# FINAL JUDGMENT

In accordance with the jury verdict rendered on March 31, 2022, the Court hereby **ORDERS** that final judgment is entered in favor of plaintiff Sergio Alpizar against defendants John Christner Trucking, LLC and Jack Eugene Hein. The jury found total damages of $215,257.08 and found Mr. Hein to be 60% at fault.

Defendants are therefore **ORDERED** to pay damages to plaintiff Alpizar in the amount of $129,154.25 and to pay plaintiff Alpizar's reasonable costs. Defendants shall be jointly and severally liable for this sum of damages. *See Leyendecker & Assocs., Inc. v. Wechter*, 683 S.W.2d 369, 375 (Tex. 1984); *AAMCO Transmission, Inc. v. Bova*, 484 S.W.3d 520, 525 (Tex. App.—Houston [1st Dist.] 2016, no pet.). Plaintiff Alpizar is not entitled to attorneys' fees for his claims. *See Stine v. Marathon Oil Co.*, 976 F.2d 254, 264 (5th Cir. 1992).

Plaintiff's motion [179] for leave to supplement his pretrial disclosures is **DENIED** as moot. As stated in open court, defendants' motion [185] for judgment as a matter of law is **DENIED**.

It is **SO ORDERED**.

Date: March 31, 2022

Royce C. Lamberth
United States District Judge